1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10                           WESTERN DIVISION

11  ALPHONSE CRUMPTON,              )
                                    )
12               Petitioner,        )   No. CV 14-2460-JAK (AJW)
                                    )
13       vs.                        )
                                    )
14  JACK FOX, WARDEN,               )   JUDGMENT
                                    )
15               Respondent.        )
    _____)

16

17

18       **IT HEREBY IS ADJUDGED** that petitioner's claim regarding placement

19  in a medical facility is dismissed without prejudice and his claim

20  challenging his conviction of possession of a firearm in furtherance

21  of a drug trafficking crime is dismissed for lack of jurisdiction.

22

23  DATED: September 26, 2014

24                                      _____
                                        John A. Kronstadt
25                                      United States District Judge

26

27

28